IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Terrika P. Johnson,            Case No.: 3:20-cv-01759-JGC

    Plaintiff

v.                                **ORDER**

Commissioner of Social Security

    Defendant.

This is an appeal from the denial of Social Security benefits. I referred the petition to a Magistrate Judge for filing of a Report & Recommendation, which the Magistrate Judge has filed (Doc. 16). In the Report & Recommendation the Magistrate Judge has duly notified the petitioner of the deadline for filing objections. That time has passed without the petitioner having filed timely objections.

On *de novo* review, I find the Report & Recommendation well-taken in all respects.

Accordingly, it is hereby

ORDERED THAT the Magistrate Judge's Report & Recommendation (Doc. 16) be, and the same hereby is, adopted as the order of this court, and the petition be, and the same hereby is, DENIED. The Clerk of Court shall mark this matter closed.

So ordered.

                                                   /s/ James G. Carr
                                                   Sr. U.S. District Judge